No. 04–8533. BERGER *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 04–8544. WALKER *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–8560. ROGERS *v.* SUTTON, SUPERINTENDENT, PASQUOTANK CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 04–8564. MANLEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–8567. ADAMS *v.* NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Forsyth County, N. C. Certiorari denied.

No. 04–8575. BRADLEY *v.* SHANNON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FRACKVILLE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–8582. GRAY *v.* POTTER, POSTMASTER GENERAL. C. A. 7th Cir. Certiorari denied.

No. 04–8583. HUYNH *v.* BOWEN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 04–8584. HUGS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–8586. HAMMER *v.* TRENDL. C. A. 2d Cir. Certiorari denied.

No. 04–8592. PARCHMENT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–8593. NULL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–8594. NEAL *v.* LAPPIN, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–8595. SANCHES MONTES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–8597. SAITTA *v.* MARYLAND DEPARTMENT OF HEALTH AND MENTAL HYGIENE. Ct. Sp. App. Md. Certiorari denied.